HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE WRIGHT, individually and on behalf of
all others similarly situated,

                    Plaintiff,

        v.

KELLER WILLIAMS REALTY, INC., a Texas
corporation,

                    Defendant.

NO.  2:18-cv-00635-RAJ

STIPULATED MOTION TO DISMISS
ACTION WITHOUT PREJUDICE
AND (PROPOSED) ORDER
THEREON

**NOTE ON MOTION CALENDAR:
JULY 5, 2018**

        Pursuant to Fed. R. Civ. P. 41(a), and LCR 7(d)(1) and 10(g), the parties move for and

stipulate to the dismissal of this action in its entirety, with the parties bearing their own costs and

attorneys' fees.

        Respectfully submitted this 5th day of July, 2018.

STIPULATED MOTION TO DISMISS ACTION WITHOUT
PREJUDICE AND (PROPOSED) ORDER THEREON
(2:18-cv-00635-RAJ) - 1

| 1 | TOUSLEY BRAIN STEPHENS PLLC | HINSHAW & CULBERTSON LLP |
| 2 | | |
| 3 | By:  /s/ Kim D. Stephens<br>By:  /s/ Chase C. Alvord | By:  /s/ Peter E. Pederson |
| 4 | | Peter E. Pederson #35856 |
| 5 | Kim D. Stephens #11984<br>Chase C. Alvord #26080 | 151 North La Franklin Street, Suite 2500<br>Chicago, IL  60606 |
| 6 | 1700 Seventh Avenue, Suite 2200<br>Seattle, Washington  98101 | Telephone:  312.704.3000<br>Fax: 312.704.3001 |
| 7 | Telephone:  206.682.5600<br>Fax: 206.682.2992 | Email: ppederson@hinshawlaw.com |
| 8 | Email: kstephens@tousley.com<br>Email: calvord@tousley.com | LEE SMART, P.S., INC. |
| 9 | | Joel Wright<br>Marc Rosenberg |
| 10 | LAW OFFICE OF STEFAN COLEMAN, P.A.<br>Stefan Coleman, admitted *pro hac vice* | 1800 One Convention Place<br>701 Pike St. |
| 11 | 1072 Madison Avenue, #1<br>Lakewood, NJ 08701 | Seattle, WA  98101<br>Telephone 206.624.7990 |
| 12 | Telephone: 877.333.9427<br>Fax: 888.498.8946 | Fax 206.624.5944<br>Email: jw@leesmart.com |
| 13 | Email: law@stefancoleman.com | Email: mr@leesmart.com |
| 14 | KAUFMAN P.A. | ***Attorneys for Defendant, Keller Williams Realty, Inc.*** |
| 15 | Avi R. Kaufman, admitted *pro hac vice*<br>400 NW 26th Street | |
| 16 | Miami, FL 33127<br>Telephone: 305.469.5881 | |
| 17 | Email: kaufman@kaufmanpa.com | |
| 18 | ***Attorneys for Plaintiff and putative Class*** | |

19

20          IT IS SO ORDERED

21

22                                    _____

23                                    Richard A. Jones
                                     UNITED STATES DISTRICT COURT

24

25

26

27

STIPULATED MOTION TO DISMISS ACTION WITHOUT
PREJUDICE AND (PROPOSED) ORDER THEREON
(2:18-cv-00635-RAJ) - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Seattle, Washington, this 5th day of July, 2018.

s/ Kim D. Stephens
Kim D. Stephens

6481/001/517000.1

STIPULATED MOTION TO DISMISS ACTION WITHOUT
PREJUDICE AND (PROPOSED) ORDER THEREON
(2:18-cv-00635-RAJ) - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992